

| Phone (252) 830-2327 | **United States District Court** | Peter A. Moore, Jr., |
| Fax (252) 830-2793 | **Office of the Clerk** | Clerk of Court |

**201 SOUTH EVANS STREET**
**GREENVILLE, NC 27858**

October 29, 2018

RE: <u>Marian Snow v. General Electric Company, et al</u>
   5:18-CV-511-FL

**Notice to Parties Regarding Transfer of Case to the Eastern District of North Carolina**

TO: PARTIES OF RECORD:

The above-captioned case was transferred to our court from the Northern District of Alabama and was received in our office on October 29, 2018. The case has been assigned to the Honorable United States District Judge Louise W. Flanagan.

Pursuant to Local Civil Rule 83.1(e), EDNC, attorneys who are members in good standing of the bar of a United States District Court and the bar of the highest court of any state or the District of Columbia may practice in this court for a particular case in association with a member of the bar of this court who appears in accordance with Local Civil Rule 83.1(d), EDNC.

A party who is proceeding without an attorney shall file a notice of self representation pursuant to Local Civil Rule 5.2(b). Also, the self-represented party shall also contemporaneously file a financial disclosure statement in accordance with Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3.

The Eastern District of North Carolina requires all counsel to file electronically in CM/ECF. Special appearance attorneys who comply with Local Civil Rule 83.1(e), EDNC may obtain a CM/ECF login and password, and file documents electronically. The Electronic Filing Attorney Registration Form, along with the local rules and policies of the Eastern District of North Carolina, can be found on the court's website, www.nced.uscourt.gov

Sincerely,

Peter A. Moore, Jr., CLERK OF COURT

(By)  /s/Donna Rudd
      Deputy Clerk

Case 5:18-cv-00511-FL   Document 54   Filed 10/29/18   Page 1 of 1