

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

October 31, 2018

Marian Snow
103 Nostalgia Lane
Zebulon, NC 27597

Counsel of Record

    RE:    Snow v. General Electric Company, et al.
                 Case No. 5:18-CV-511-FL

Dear Ms. Snow and Counsel of Record:

On October 31, 2018, the court entered an order by text-only docket entry in the above-referenced case. The order states as follows:

**TEXT ORDER - In this matter transferred in on 10/29/2018, from the Northern District of Alabama, the court sets a deadline of 11/23/2018 for filing of answer. The court sets aside the previous court's scheduling order [15] . This court's order on scheduling will enter after framing of the pleadings. Signed by District Judge Louise Wood Flanagan on 10/31/2018. (Tripp, S.) (Entered: 10/31/2018)**

A copy of the notice of electronic filing of the text order is enclosed. The court did not write the order on a separate document. These entries *are* the orders of the court. As explained in Section V(I)(2) of the Eastern District of North Carolina's Case Management/Electronic Case Filing Policy Manual, the text-only entry is the court's only order on the matter, and a *docket text order is official and binding*. If you need additional information, you may refer to the policy manual, which is posted on the district's website at www.nced.uscourts.gov. You may also review the policy manual on file at the Clerk's Office.

Thank you for your attention to this matter.

                                            Sincerely,

                                            Susan W. Tripp, Deputy Clerk

Enclosure:    Notice of Electronic Filing of Text Order