IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:18-cv-00511-FL

MARIAN SNOW,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　Plaintiff,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　)
GENERAL ELECTRIC COMPANY; DELL　　　 )
TECHNOLOGIES; DELL, INC.; and　　　　　 )
DELL EMC,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　Defendants.　　　　　　　　　　　　　)

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, defendants General Electric Company's, Dell Technologies', Dell, Inc.'s and Dell EMC's ("Defendants") Motion for Extension of Time to Appear and Respond to Complaint is GRANTED, and Defendants shall have to and including December 7, 2018, within which to serve their answers or other response to Plaintiff's amended complaint.

SO ORDERED.

This the 20 day of November, 2018.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Peter A. Moore, Jr.
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court