IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:18-CV-511-FL

| | |
|---|---|
| MARIAN SNOW | ) |
| | ) |
| v. | ) |
| | ) |
| GENERAL ELECTRIC COMPANY, DELL TECHNOLOGIES, DELL INC., DELL EMC | ) |

**NOTICE OF APPEARANCE**

Kendall L. Stensvad, Esq. of the firm Alston & Bird LLP hereby provides notice that she is entering an appearance as counsel of record in this action for Defendants Dell Technologies, Dell Inc. and Dell EMC.

This the 30th day of November, 2018.

>  */s/ Kendall Stensvad*
>  Kendall L. Stensvad
>  NC Bar. No. 48075
>  Alston & Bird LLP
>  555 Fayetteville Street, Suite 600
>  Raleigh, NC 27601
>  Tel: 919-862-2245
>  Fax: 919-862-2260
>  Kendall.stensvad@alston.com
>
>  Local Civil Rule 83.1(d) Counsel for Dell Defendants

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30th, 2018, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

*/s/ Kendall Stensvad*
Kendall L. Stensvad
NC Bar. No. 48075
Alston & Bird LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Tel: 919-862-2245
Fax: 919-862-2260
Kendall.stensvad@alston.com

Local Civil Rule 83.1(d) Counsel for Dell Defendants