IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:18-CV-511-FL

| | | |
|---|---|---|
| MARIAN SNOW | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **NOTICE OF SPECIAL APPEARANCE** |
| | ) | |
| GENERAL ELECTRIC COMPANY, DELL | ) | |
| TECHNOLOGIES, DELL INC., DELL | ) | |
| EMC | ) | |

Please take notice that the undersigned, Derin B. Dickerson, of the firm Alston & Bird LLP hereby enters his notice of special appearance as counsel for Defendants Dell Technologies, Dell Inc., and Dell EMC in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Kendall Stensvad.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

This the 7th day of December, 2018.

/s/ Derin B. Dickerson
Derin B. Dickerson
GA Bar. No. 220620
Alston & Bird LLP
1201 West Peachtree St.
Atlanta, GA 30309
Tel: 404-881-7000
Fax: 404-881-7777
derin.dickerson@alston.com

Attorney for Dell Defendants

1

/s/ Kendall Stensvad
NC Bar. No. 48075
Alston & Bird LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Tel: 919862-2245
Fax: 919-862-2260
Kendall.stensvad@alston.com

Local Civil Rule 83.1(d) Counsel for Dell Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify on December 7, 2018, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

                                        /s/ Derin B. Dickerson
                                        Derin B. Dickerson
                                        GA Bar. No. 220620
                                        Alston & Bird LLP
                                        1201 West Peachtree St.
                                        Atlanta, GA 30309
                                        Tel: 404-881-7000
                                        Fax: 404-881-7777
                                        derin.dickerson@alston.com