IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:18-CV-511-FL

| | |
|---|---|
| MARIAN SNOW ) | |
| ) | |
| ) | |
| ) | |
| v. ) | **NOTICE OF SPECIAL APPEARANCE** |
| ) | |
| GENERAL ELECTRIC COMPANY, DELL ) | |
| TECHNOLOGIES, DELL INC., DELL ) | |
| EMC ) | |

Please take notice that the undersigned, Cassandra K. Johnson, of the firm Alston & Bird LLP hereby enters her notice of special appearance as counsel for Defendants Dell Technologies, Dell Inc., and Dell EMC in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Kendall Stensvad.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

This the 7th day of December, 2018.

/s/ Cassandra K. Johnson
Cassandra K. Johnson
GA Bar. No. 537475
Alston & Bird LLP
1201 West Peachtree St.
Atlanta, GA 30309
Tel: 404-881-7000
Fax: 404-881-7777
cassie.johnson@alston.com

Attorney for Dell Defendants

1

/s/ Kendall Stensvad
NC Bar. No. 48075
Alston & Bird LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Tel: 919-862-2245
Fax: 919-862-2260
Kendall.stensvad@alston.com

Local Civil Rule 83.1(d) Counsel for Dell Defendants

# CERTIFICATE OF SERVICE

  I hereby certify that on December 7, 2018, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

    /s/ Cassandra K. Johnson
    Cassandra K. Johnson
    GA Bar. No. 537475
    Alston & Bird LLP
    1201 West Peachtree St.
    Atlanta, GA 30309
    Tel: 404-881-7000
    Fax: 404-881-7777
    cassie.johnson@alston.com

    Attorney for Dell Defendants