IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:18-cv-00511-FL

| MARIAN SNOW, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION TO DISMISS** |
| GENERAL ELECTRIC COMPANY; DELL TECHNOLOGIES; DELL, INC.; and DELL EMC, | ) | **Fed. R. Civ. P. 12(b)(6)** |
| Defendants. | ) | |

Defendant General Electric Company ("GE") hereby moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the First Amended Complaint against it by Plaintiff Marian Snow ("Plaintiff") for failure to state a claim upon which relief may be granted.[1] As grounds for its Motion, GE states that Plaintiff claims pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA"), fail as a matter of law because Plaintiff does not plead factual allegations in her Complaint that would plausibly entitle her to relief for at least two reasons: (1) Plaintiff does not plead factual allegations which show that GE sent the text messages to the cellular telephone at issue in her Complaint or caused those text messages to be sent (as opposed to some other person or entity); and (2) Plaintiff does not allege adequate facts which would show that GE sent the text messages using an automated telephone dialing system ("ATDS") as defined (and proscribed) by the TCPA.

---

[1] Plaintiff filed her Complaint (Doc. 1) in the United State District Court for the Northern District of Alabama, Western Division, on November 21, 2017. Plaintiff filed her Amended Complaint (Doc. 4) on December 6, 2017.

To the contrary, Plaintiff's allegations, taken as true for purposes of this Motion to Dismiss, establish that the text messages were technical alerts sent to the telephone number in question for a prior user and not randomly generated or sequential numbers. Further, Plaintiff's conversion claims fail as a matter of either Alabama or North Carolina law because she was never deprived of physical possession of the cellular telephone at issue.

In further support of this Motion, GE adopts and expressly incorporates herein its Memorandum of Law in Support of Motion to Dismiss, which is being filed contemporaneously with this motion.

WHEREFORE, GE respectfully requests that this Court enter an Order dismissing Plaintiff's First Amended Complaint with prejudice.

Respectfully submitted this the 7th day of December, 2018,

/s/ Wesley B. Gilchrist
Wesley B. Gilchrist
*wgilchrist@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
Brian P. Kappel
*bkappel@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0700

/s/ Jon Berkelhammer
Jon Berkelhammer
N.C. State Bar No. 10246
*jon.berkelhammer@elliswinters.com*
ELLIS & WINTERS LLP
300 North Greene Street, Suite 800
P.O. Box 2752
Greensboro, North Carolina 27401 (27402)
Telephone: (336) 389-5683

*Attorneys for Defendant General Electric Company*

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record listed below who are registered with the CM/ECF System:

Marian Snow
4336 Ridgewood Road
Tuscaloosa, Alabama 35404
*Plaintiff*

Kendall L. Stensvad
ALSTON & BIRD LLP
5550 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601

Derin B. Dickerson
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
*Attorneys for Defendants*
*Dell, Inc., Dell Technologies, and Dell EMC*

This the 7th day of December, 2018.

/s/ Jon Berkelhammer
Jon Berkelhammer
*Attorney for Defendant*
*General Electric Company*