

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700  
Fax (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

December 10, 2018

Marian Snow
4336 Ridgewood Road
Tuscaloosa, AL 35404

RE: Snow v. General Electric Company et al
   5:18-cv-511-FL
   **Notice to Pro Se Party Regarding Response to Motion to Dismiss Filed on 12/7/18- Docket Entry Number 65**

Dear Ms. Snow:

The defendant General Electric Comany has filed a motion to dismiss with regard to the above-captioned case. Local Civil Rule 7.1(e), EDNC, provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion. If you fail to respond, the court may grant the motion and your case could be dismissed.

Rule 5 of the Federal Rules of Civil Procedure requires that copies of anything that you file with the court must be served on all other parties or their counsel, if they are represented. Your material in opposition to the motion to dismiss must be filed on or before December 31, 2018.

Sincerely,

PETER A. MOORE, JR., CLERK OF COURT


       /s/ Sandra K. Collins
(By)_____
    Deputy Clerk
    Direct dial: 252-638-7501