IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MARIAN SNOW,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br>DELL TECHNOLOGIES, DELL, INC.,<br>and DELL EMC,<br><br>Defendants. | Case No. 5:18-CV-511-FL |

## NOTICE OF APPEARANCE

Ryan P. Ethridge, Esq. of the firm Alston & Bird LLP hereby provides notice that he is entering an appearance as counsel of record in this action for Defendants Dell Technologies, Dell, Inc., and Dell EMC.

This the 11th day of January, 2019.

                                        */s/ Ryan P. Ethridge*
                                        Ryan P. Ethridge
                                        NC Bar No. 38147
                                        Alston & Bird LLP
                                        555 Fayetteville Street, Suite 600
                                        Raleigh, North Carolina 27601
                                        Tel: 919-862-2200
                                        Fax: 919-862-2260
                                        ryan.ethridge@alston.com

                                        *Local Civil Rule 83.1(d) Counsel for Defendants Dell Technologies, Dell, Inc., and Dell EMC*

1

# CERTIFICATE OF SERVICE

I hereby certify that on January 11th, 2019, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

*/s/ Ryan P. Ethridge*
Ryan P. Ethridge
NC Bar No. 38147
Alston & Bird LLP
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Tel: 919-862-2200
Fax: 919-862-2260
ryan.ethridge@alston.com

*Local Civil Rule 83.1(d) Counsel for Defendants Dell Technologies, Dell, Inc., and Dell EMC*